| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ECF CASE |

UNITED STATES OF AMERICA )
)
v. ) **NOTICE OF APPEARANCE AND REQUEST**
) **FOR ELECTRONIC NOTIFICATION**
)
SHAUN DOZIER et al., ) S1 08 Cr. 008 (RWS)
)
        Defendant. )

TO:    Clerk of Court
          United States District Court
          Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case, and to add her as the Filing User for the United States to whom Notices of Electronic Filing will be transmitted in this case.

                                          Respectfully submitted,

                                          MICHAEL J. GARCIA
                                          United States Attorney for the
                                          Southern District of New York

                              by:  /s/ Nola Heller
                                  Nola B. Heller
                                  Assistant United States Attorney
                                  (212) 637-2631 (tel)
                                  (212) 637-2387 (fax)
                                  Nola.Heller@usdoj.gov